Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
F I L E D

MAY 1 8 2022

Nathan Ochsner, Clerk of Court

_David Lee_

§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _____

_BASF Corporation_

_____

_____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.  The Plaintiff is:       _David Lee_

    Address:       _2939 Intrepid Elm st._

    _Houston, TX 77084_

    County of Residence:   _Harris_

3.  The defendant is:   _BASF Corporation_

    Address:   _100 Campus Drive_

    _Florham Park, NJ 07932 USA_

☐       Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.  The plaintiff has attached to this complaint a copy of the charges filed on _1/26/2021_

with the Equal Opportunity Commission.

5.  On the date of _2/25/2022_, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☒ race

(b) ☐ color

(c) ☐ sex

(d) ☐ religion

(e) ☒ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☒ terminated the plaintiff's employment

(c) ☒ failed to promote the plaintiff

(d) ☒ other: _failed to employ the plaintiff to the position & responsibilies that he applied, interviewed, and offered/ hired for._

7. When and how the defendant has discriminated against the plaintiff:

_From the beginning of the employment, August 27, 2018, to Sep. 11, 2021, When I was wrongfully terminated. The defendant has discriminated against me because of my Race, national origin, age, and they retaliated me/terminated me for Contacting EEOC._

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e)  ☒  to  *Compenzate the lost, including wage lost, income lost, health damages and lost, physical harms and damages psychological harms and damages, emotional harms and damage, career damages, etc* and that;

(f)  ☒  the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address:  *2939 Intrepid Elm St.*
*Houston, TX 77084*

Telephone:  *832 878 2188*

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

David Lee

versus

BASF Corporation

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

Attached are:

1. Charge of Discrimination, filed on 1/26/2021 with EEOC.

2. Amended Charge of Discrimination, filed with EEOC on 8/8/2021.

3. 2nd Amended Charge of Discrimination, filed on 9/20/2021 with EEOC

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street ,6th Floor
Houston ,Texas ,77002
(346) 327-7748
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/18/2022

**To:** Dr. David Lee
2939 Intrepid Elm Street
HOUSTON, TX 77084

Charge No: 460-2021-00327

EEOC Representative and email:     Jeremy Crosbie
Acting Enforcement Manager
jeremy.crosbie@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2021-00327.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Houston District Office**
1919 Smith Street ,6th Floor
Houston ,Texas ,77002
(346) 327-7748
Website: www.eeoc.gov

On Behalf of the Commission:

Digitally Signed By:Rayford O. Irvin
02/18/2022

Rayford O. Irvin
District Director

**Cc:**
Stephen Cafiero
Manager, Corporate EEO
BASF CORPORATION
stephen.cafiero@basf.com

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.  Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 460-2021-00327 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor Houston, TX 77002. You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2021-00327 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **DR. DAVID LEE** | **(832) 878-2188** | **1965** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2939 INTREPID ELM STREET, HOUSTON,TX 77084** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **BASF CORPORATION** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **11750 KATY FREEWAY, HOUSTON, TX 77079** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

| | | Earliest | Latest |
|---|---|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN | | 01-01-2020 | 11-05-2020 |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | | | |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION | | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I believe that I have been discriminated against because of my race, Chinese and national origin, Asian in that I have been subject to different terms and conditions of employment.**

**My job position in the company is Planning and Scheduling Manager for BASF North America. In or about January 2020, despite all the exceptional efforts and achievements I had made; without any notice or reason; my job responsibilities were taken away from me by Edina Nagy, white, supervisor. Ms. Nagy did not explain why she was removing my job responsibilities and she assigned some to herself, Mike Shubrook, and Don Koch, white males who were part of the planning and scheduling team.**

**Beginning in February 2020, Ms. Nagy removed my ability to host team meetings and she decided to perform this responsibility herself. She did not assign topics for me to discuss during the meeting, but she assigned topics for Mr. Shubrook and Mr. Koch and other white employees to present during the meeting. In her absence she assigned the responsibility to**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Lee on 01-26-2021 10:17 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2021-00327 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

host team meetings to Mr. Shubrook.
In early March 2020, a racially derogatory insult was directed at me. Ms. Nagy told me that she went to China town and she visited a shop where she had a pedicure and while telling me about her pedicure she states; All the individuals in the shop looked like you; they were men. Ms. Nagy made this comment while discussing my job responsibilities.

On July 28, 2020, and September 9, 2020. Ms. Nagy sent emails to inform everyone in the organization that Michael Shubrook is responsible for Planning and Scheduling while she's out of office. In early or mid-August, Ms. Nagy, Jason Hill, Daniel Zaleski, and others (white) assigned Don Koch to a project that I was assigned to. They contacted the project management team and excluded me from all communication.

On August 19, 2020; September 17, 2020 and October 21, 2020, Ms. Nagy assigned Michael Shubrook to organize and host monthly Planning & Scheduling team meeting, I was not included in the Agenda. On September 10, 2020, during a phone call, I was reassigned from the planning and scheduling position for a project without any prior communication. The reasons for the reassignment continue to change over time. There have been, on a continuous basis, false accusations and attacks made on my performance such as my lack of soft skills, or messaging issues or problems; however, all the examples given are false or have never existed. I insisted that we discuss the accusations made against me, my request was ignored.

On October 20, 2020, two white females Edina Nagy and Taren Daigle, Director of Project Services, both supervisors and a human resource representative, Rocio Fernandez subjected me to negative employment action(s) due to the false accusations that were made against me and demanded that I admit to my wrong doings and forced me to follow through on those abusive action plans. The continuous hostile treatment and unfair prosecution are unbearable and suffocating.

On November 5, 2020, in the PIP meeting with Edina Nagy, Taren Daigle, and HR Representative, Rocio Fernandez, I told them that all the accusations were either nonexistent, untrue, baseless, or not based on facts. My comments were ignored, and I was forcefully told that if I do not follow the Performance Improvement Plan, I will be terminated. My exceptional performances and achievements have never been recognized. All the supervisor and managers are white and the individuals that replaced me are white and are less experienced and knowledgeable.

I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Lee on 01-26-2021 10:17 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 460-2021-00327 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **DR. DAVID LEE** | **(832) 878-2188** | **1965** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2939 INTREPID ELM STREET, HOUSTON, TX 77084** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **BASF CORPORATION** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **11750 KATY FREEWAY, HOUSTON, TX 77079** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN <br> ☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION <br> ☐ OTHER *(Specify)* | Earliest: **08-01-2019**   Latest: **11-05-2020** <br> ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I believe that I have been discriminated against because of my race, Chinese and national origin, Asian, but my age, 56, also and I am amending my charge to include that I was denied promotion opportunities.**

**I discovered through information provided by BASFs that younger less experienced employees were promoted. The positions were not posted, and the companys action prevented me from promotion consideration because I was not provided the opportunity to apply for any of the positions.**

**The individuals promoted were as follows: Edina Nagy, Caucasian, was promoted from Cost Control Manager to Manager, Planning & Scheduling and Cost Controls, in about August 2019;  Taren Daigle, Caucasian, was promoted from Controller to Director of Project Support and Services, in or about September 2019;  Daniel Zaleski, Caucasian, was promoted from Cost Estimator to Cost Estimating Manager, in or about July 2020;   Jason Hill, Caucasian, was**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. <br><br> **Digitally signed by David Lee on 08-08-2021 01:14 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 460-2021-00327 |

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

**promoted from Cost Estimating Manager to Portfolio Manager, in or about July 2020 and Mike Shubrook, Caucasian, was promoted from Planner and Scheduler to Planning and Scheduling Manager.**

**I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Lee on 08-08-2021 01:14 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.** **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2.** **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.** **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.** **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.** **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

# 2ND AMENDED CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 460-2021-00327 |

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **DR. DAVID LEE** | **(832) 878-2188** | **1965** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2939 INTREPID ELM STREET, HOUSTON, TX 77084** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **BASF CORPORATION** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **11750 KATY FREEWAY, HOUSTON, TX 77079** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-01-2019**   Latest **09-11-2021**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I believe that I have been discriminated against because of my race, Chinese and national origin, Asian, but my age, 56, also and I am amending my charge to include that I was denied promotion opportunities.

I discovered through information provided by BASFs that younger less experienced employees were promoted.  The positions were not posted, and the companys action prevented me from promotion consideration because I was not provided the opportunity to apply for any of the positions.

The individuals promoted were as follows: Edina Nagy, Caucasian, was promoted from Cost Control Manager to Manager, Planning & Scheduling and Cost Controls, in about August 2019;   Taren Daigle, Caucasian, was promoted from Controller to Director of Project Support and Services, in or about September 2019;  Daniel Zaleski, Caucasian, was promoted from Cost Estimator to Cost Estimating Manager, in or about July 2020;   Jason Hill, Caucasian, was

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Lee on 09-20-2021 05:39 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| 2ND AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 460-2021-00327 |

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

promoted from Cost Estimating Manager to Portfolio Manager, in or about July 2020 and Mike Shubrook, Caucasian, was promoted from Planner and Scheduler to Planning and Scheduling Manager.

On September 11, 2021, in retaliation for contacting EEOC, the Respondent terminated my employment. I believe the reasons given for my termination is a pretext.

I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended. I further believe the Respondent retaliated against me terminated my employment.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Lee on 09-20-2021 05:39 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

## RE: is this the Right to Sue letter?

**CARINE JEAN-MARIE <CARINE.JEAN-MARIE@EEOC.GOV>**

Mon 3/7/2022 8:08 AM

To: Goder Lee <davidleeusa@outlook.com>

Cc: CARINE JEAN-MARIE <CARINE.JEAN-MARIE@EEOC.GOV>

Good morning,

I hope all is well.

Yes, that's the Notice of Rights to Sue Letter.

You Can use that form to file in State Courts.

You have 90 days to file in state courts.

---

**From:** Goder Lee <davidleeusa@outlook.com>
**Sent:** Wednesday, March 2, 2022 4:52 PM
**To:** CARINE JEAN-MARIE <CARINE.JEAN-MARIE@EEOC.GOV>
**Subject:** Re: is this the Right to Sue letter?

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Please see attached, what's this letter for? thanks

---

**From:** CARINE JEAN-MARIE <CARINE.JEAN-MARIE@EEOC.GOV>
**Sent:** Monday, February 28, 2022 12:52 PM
**To:** Goder Lee <davidleeusa@outlook.com>
**Cc:** CARINE JEAN-MARIE <CARINE.JEAN-MARIE@EEOC.GOV>
**Subject:** RE: is this the Right to Sue letter?

Good afternoon,

Your email was forwarded to me.

Can you forward your what you are asking to me as an attachment?

Regards,
Carine

---

**From:** Goder Lee <davidleeusa@outlook.com>
**Sent:** Friday, February 25, 2022 10:13 PM
**To:** JEREMY CROSBIE <JEREMY.CROSBIE@EEOC.GOV>
**Subject:** Re: is this the Right to Sue letter?

Dear Mr. Crosbie,

Yes, the EEOC charge number is 460-2021-00327. Thank you very much!

Best regards,

On Feb 25, 2022, at 4:42 PM, JEREMY CROSBIE <JEREMY.CROSBIE@eeoc.gov> wrote:

Good evening, Mr. Lee.

I don't see an attachment to your email.  Do you have an EEOC charge number?

Respectfully,

**JEREMY CROSBIE**
ACTING ENFORCEMENT MANAGER
HOUSTON DISTRICT OFFICE
1919 SMITH STREET, 7TH FLOOR
HOUSTON, TX  77002
(346) 327-7658 – DIRECT
jeremy.crosbie@eeoc.gov
www.eeoc.gov
https://publicportal.eeoc.gov/portal

---

**From:** Goder Lee <davidleeusa@outlook.com>
**Sent:** Friday, February 25, 2022 12:56 PM
**To:** JEREMY CROSBIE <JEREMY.CROSBIE@EEOC.GOV>
**Subject:** is this the Right to Sue letter?

Hi Mr. Crosbie,

**Is this the Right to Sue letter? Thanks**

David Lee

## Information - BASF CORPORATION

From: Corporations Information (corpinfo@sos.texas.gov)

To: sunnyusa@yahoo.com

Date: Friday, May 13, 2022, 12:55 PM CDT

Good day,

What is shown in our database is listed below. If you need a copy of the documents in the file, you may obtain it online by following the instructions below. Please note that searches will result in a fee of $1.00.

1. Go to the SOSDirect Log On Screen. If you have a user ID and password you may log on with it. If not you may use the Temporary Login Form for a one-time access.
2. Click the "Business Organizations" menu from the navigation bar at the top of the page.
3. This will give you several search options. Click "Filing Number Search" and enter the filing number (listed below).
4. This will bring up the entity directly. Click the section that says "Filing History".
5. On the left side of the screen there is a column titled "View Image". Click the icon for the document you want to save and print.
6. This will bring up a separate window with the document as a PDF. Click the "Save" icon to save it to your computer.

| | | | |
|---|---|---|---|
| **Filing Number:** | 4205406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | December 27, 1977 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 11610908094 | **FEIN:** | |
| **Name:** | BASF CORPORATION | | |
| **Address:** | 100 CAMPUS DRIVE | | |
| | FLORHAM PARK, NJ 07932 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| C T CORPORATION SYSTEM | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 9, 2022 | SMITH, WAYNE THOMAS | CHAIRMAN | 100 PARK AVENUE,<br>FLORHAM PARK, NJ 07932 USA |

| May 9, 2022 | SMITH, WAYNE THOMAS | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
|---|---|---|---|
| May 9, 2022 | DRATT,TOBIAS | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | DRATT,TOBIAS | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | ECKES,PETER | DIRECTOR | 100 PARK AVENUE, ., NJ 07932 USA |
| May 9, 2022 | ECKES,PETER | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | ELVERMANN,DIRK | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | ELVERMANN,DIRK | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | JOHN,STEFAN | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | JOHN,STEFAN | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SCHUHMACHER,PETER | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SCHUHMACHER,PETER | DIRECTOR | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SMITH, WAYNE THOMAS | PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SMITH, WAYNE THOMAS | CHIEF EXECUTIVE OFFICER | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | DRATT,TOBIAS | EXECUTIVE VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | DRATT,TOBIAS | CHIEF FINANCIAL OFFICER | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | ECKES,PETER | EXECUTIVE VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SCHUHMACHER,PETER H | EXECUTIVE VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | JOHN, STEFAN | SENIOR VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | JOHN, STEFAN | GENERAL COUNSEL | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | JOHN, STEFAN | SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | MALARA,GUILLERMO LUIS | TREASURER | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | MALARA,GUILLERMO LUIS | VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | HARRIS, IVORY | VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | PATTERSON, MARK | VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | BORREGO, FERNANDO | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |

5/13/22, 1:09 PM
Yahoo Mail - Information - BASF CORPORATION

| May 9, 2022 | CLARKE, JEFFREY | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
|---|---|---|---|
| May 9, 2022 | FLATON-ORIGENES,SUZANNE | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | FUGATE,GLENN D. | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | GERMINARIO, ANTHONY SERGIO | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | GRANT,KELLY | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | HAWKES,CHRISTINA K. | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | KEATING, MARGARET | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | KILLEEN, KAREN GAYNOR | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | LINKOWSKI, LYNN | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | MOONJELY, JOSEPH | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | PENDERGAST,JOHN ROBERT | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SCHROEDER,LISA | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | STEVENS,MELANIE L. | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | TRINKLE,CATHERINE ANN | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | WARE, KAREN | ASSISTANT SECRETARY | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | NEUMANN-LORECK, ALEXANDER | SENIOR VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SMITH, ROBERT NEAL | VICE PRESIDENT | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |
| May 9, 2022 | SMITH, ROBERT NEAL | ASSISTANT TREASURER | 100 PARK AVENUE, FLORHAM PARK, NJ 07932 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| DELAWARE MEW CORPORATION | December 22, 1977 | December 22, 1987 | June 20, 1996 | Abandoned | DALLAS, |
| bodyshopmall | June 9, 2004 | June 9, 2014 | June 9, 2014 | Expired | All Counties |
| BASF QTech | May 29, 2012 | May 29, 2022 | | Active | All Counties |