UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID LEE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-01581 |
| | § | |
| BASF CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On August 18, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)-(B). *See* Dkt. 20. Judge Edison filed a Memorandum and Recommendation on November 7, 2023, recommending that Defendant BASF Corporation's Motion for Summary Judgment (Dkt. 13) be **GRANTED**. *See* Dkt. 38.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 38) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     Defendant BASF Corporation's Motion for Summary Judgment (Dkt. 13) is **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on December 4, 2023.

                                       _/s/ George C. Hanks Jr._
                                       GEORGE C. HANKS, JR.
                                       UNITED STATES DISTRICT JUDGE